UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

FIRST AMENDED CHAPTER 13 PLAN

**Docket # 09-11817-FJB**

DEBTORS:  (D)Cleiton Silva         SS#  XXX-XX-9691
          (D) Alessandra Hakme-Silva    SS#  XXX-XX-2704

I.   PLAN PAYMENT:  Debtor(s) to pay monthly to the Trustee the sum of $ 220.00 for the term of:

☐ 36 Months.        11 USC §1325 (b)(4)(A)(i)
X 60 Months.        11 USC §1325 (b)(4)(A)(ii)
  60 Months.        11 USC §1322 (d)(2)
☐ ____ Months       The Debtor states as reasons therefore: _____.

II.  SECURED CLAIMS:

   A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

   Creditor                Description of claim (pre-petition          Amount of claim
                           arrears, purchase money, etc.)

   **No pre-petition arrearage exists for either New York Mortgage Trust or
      Countrywide Bank

       Total of secured claims to be paid through the Plan:       $_____0.00

   B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan)

   Creditor                Description of claim (pre-petition
                           arrears, purchase money, etc.)

   New York Mortgage Trust
   PO Box 77404
   Ewing, NJ  08628         Post-Petition 1st Mtg Pmts
                            134A Nahant Street, Wakefield

   Countrywide Bank         Post –Petition 1st Mtg Pmts
   400 Countrywide Way      Modified payment amount
   Simi Valley, CA  93055   225 Belmont Street, Everett

   America Honda Finance Corp
   PO Box 1844              Post Petition Payments
   Alpharetta, GA  30023    Motorcycle

C. Modification of Secured Claims:

1.      Second mortgage on 134A Nahant Street to CitiMortgage avoided in its entirety as wholly unsecured. No payments forthcoming. Recording of the this Chapter 13 Plan, Confirmation Order and Discharge shall serve to discharge of record the second mortgage to Citimortgage recorded at the Middlesex South County Registry of Deeds in Book 49319, Page 518.

2.      First mortgage to Countrywide on 225 Belmont Street, Everett, MA shall be modified as follows: INTEREST RATE TO REMAIN UNMODIFIED. Principal Balance shall be reduced to secured value of 280,000, payable over a 266 month amortization schedule at a fixed interest rate of 6.125%. Principal and interest payment totaling $1,926.46 plus escrows of $420.00 for real estate taxes and $94.66 for insurance for a total modified mortgage payment of $2,441.12. Recording of this Chapter 13 Plan, Confirmation Order and Discharge shall serve to modify the terms of the mortgage to Countrywide Home Loans recorded at the Middlesex South County Registry of Deeds in Book 48753, Page 79.

D. Leases

   i.   The Debtor intends to reject the personal property lease claim of Nissan Motor Acceptance Corporation, Lease No. 2500 5841 906 for a 2006 Nissan Pathfinder,

   ii.  The Debtor intends to assume the personal property lease claim of Nissan Motor Acceptance Corporation, Lease No. 2500 6056 569 for a 2008 Nissan Altima; or

   iii. The arrears under the lease to be paid under the plan are NONE.

III. PRIORITY CLAIMS

A.   Domestic Support Obligations:

     None

B.   Other:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| Wakefield Municipal Gas and Light<br>PO Box 190<br>Wakefield, MA 01880 | Municipal Utilities | $ Unknown* |
| Total of priority claims to be paid through the Plan: | | $   0.00 |

*Debtor estimates that the utility claims have been paid to current status outside the Chapter 13 Plan.

IV. ADMINISTRATIVE CLAIMS

A.   Attorneys fees                                                                                        $   $1,800.00
     (to be paid through the plan during the first 12 months of the plan).

B.   Miscellaneous fees:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| _____ | _____ | $ None |

$ _____

C. The Chapter 13 Trustee's fee is determined by Order of the United states Attorney General. The calculation of the Plan payments set forth utilizes a 10% Trustee's commission.

IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of      3.27 %

A. General unsecured claims:    $ 46,271.61

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Citimortgage | Wholly Unsecured 2nd Mtg | $ 93,811.00 |
| Countrywide Bank | Bifurcated 1st mortgage | $167,335.00 |

C. Non-Dischargeable Unsecured Claims (Not through Plan):

NONE

Total of Unsecured Claims (A+B+C):    $307,417.61

D. Multiply total by percentage of dividend:    $ 10,053.00

E. Separately classified unsecured claims (co-borrower/student loans, etc.)

Total amount of separately classified claims payable at _____%    $ 0.00

V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:

VI. CALCULATION OF PLAN PAYMENT

a. Secured claims (Section I-A Total):    $ 0.00
b. Priority claims (Section II Total):    +$ 0.00
c. Administrative claims (Section III A+B Total):    +$ 1,800.00
d. General unsecured claims (Section IV-C Total)    +$ 10,053.00
e. Separately classified unsecured claims    +$ 0.00
f. Total of (a) through (e) above:    =$ 11,853.00
g. Divide (f) by .90 for total including
   Trustee's fee: $1,317.00        Cost of Plan    =$ 13,170.00
   (This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g) Cost of Plan by Term of Plan:    60 months

i.  Round up to nearest dollar:                                    Monthly Plan Payment:    $ 220.00

Pursuant to 11 U.S.C. ss1326(a)(1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed. Pursuant to 11 USC 1326(a)(1)(C), the Debtor shall make pre-confirmation adequate protection payments directly to the secured creditor.

***********************************************************************

## LIQUIDATION ANALYSIS

**I.    Real Estate:**

| Address | Fair Market Value | Recorded Liens (Schedule D) |
|---|---|---|
| 134A Nahant Street Wakefield, MA | 340,000.00 | $438,359.24 |
| 225 Belmont Street Everett, MA | 280,000.00 | $447,355.00 |

Total Net Equity for Real Property:   $ ____0.00____
Less Exemptions:(Schedule C)          $ ____0.00____
Available Chapter 7:  $ ____0.00____

**II.   Automobile (Describe year, make and model):**

<u>2007 Honda CRF 250X</u>         Value $ <u>4,000.00</u>    Lien $ <u>4,789.00</u>     Exemption

Net Value of Equity:              $ __0.00__
Less Exemptions (Schedule C):     $ __0.00__
Available Chapter 7:              $ __0.00__

**III.  All other Assets** (All remaining items listed on Schedule B):
        (Itemize as necessary)

|   |   | Value | Liens | Exemption | Available Ch 7 |
|---|---|---|---|---|---|
| A. | Checking/Sav Accounts | $ 1,510.00 | $ 0.00 | $ 1,510.00 | $ 0.00 |
| B. | Clothing | $ 2,500.00 | $ 0.00 | $ 2,500.00 | $ 0.00 |
| C. | Household Furnishings | $ 8,000.00 | $ 0.00 | $ 8,000.00 | $ 0.00 |
| D. | Jewelry | $ 500.00 | $ 0.00 | $ 500.00 | $ 0.00 |

Value: $ <u>12,510.00</u>      Less Exemptions (Schedule C):    $12,510.00

                              Available Chapter 7:          $ 0.00

SUMMARY  (Total amount available under Chapter 7):  $0.00

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly.

_____    4/12/09
Debtor's Counsel                          Date

258 Elm Street, Suite 200
Somerville, MA  02144
(617) 628-5505

I, WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_____    4/9/09
Cleiton Silva                              Date

_____    4/9/09
Alessandra Hakme-Silva                     Date

STATEMENT PURSUANT TO 11 U.S.C. 1322(d)

The Debtor hereby states that a review of their household income as compared to current monthly expenses indicates that the available net disposal income is insufficient to complete a plan without the benefit of a sixty (60) month time frame.

_____    4/9/09
Cleiton Silva                              Date

_____    4/09/09
Alessandra Hakme-Silva                     Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE: )
 ) Chapter 13
CLEITON P. SILVA and )
ALLESANDRA HAKME-SILVA. ) Case No. 09-11817-fjb
 )
    Debtor. )
*****************************

### CERTIFICATE OF SERVICE

I, Jeffrey M. Frankel, hereby certify that on this 24th day of April, 2009 I served a true and accurate copy of the foregoing First Amended Chapter 13 Plan by United States First Class Mail, postage prepaid to all parties on the attached service matrix

and electronically to

Shawn Masterson, Esquire for NYMC
Carolyn Bankowski, Trustee
John Fitzgerald, United States Trustee

_____
Jeffrey M. Frankel

American Honda Finance Corporation
PO Box 1844
Alpharetta, GA   30023


Capital One
P.O. Box 30281
Salt Lake City, UT   84130


Chapter 13 Trustee
P.O. Box 8250
Boston, MA   02114


Circuit City
PO Box 15298
Wilmington, DE   19850


CitiMortgage
PO Box 689196
Des Moines, IA   50368


Comm. Of Mass - DETS
Hurley Bldg - Govt Center
Boston, MA   02114


Countrywide Bank
400 Countrywide Way
Simi Valley, CA   93055


Dell Preferred Account
PO   Box 6403
Carol Stream, IL   60197


Discover
PO Box 15251
Wilmington, DE   19886

GEMB Care Credit
PO Box 981439
El Paso, TX  79998


GM Card
PO Box 80082
Salinas, CA  93912


Internal Revenue Service
JFK PO Box 9112
Insolvency Group 2/Stop 20800
Boston, MA  02203


Juniper Card Services
PO Box 13337
Philadelphia, PA  13337


Macys
PO Box 689195
Des Moines, IA  50368


Massachusetts Department Of Revenue
Litigation Bureau-Bankruptcy Unit
100 Cambridge Street, 7th FLoor
Boston, MA  02114


New York Mortgage Trust
PO Box 77404
Ewing, NJ  08628


Nissan Motor Acceptance Corp
PO Box 660360
Dallas, TX  75266

Sears
Po Box 183082
Columbus, OH  43218


T Mobile
PO Box 37380
Albuquerque, NM  87176


The Optima Card
PO Box 981540
El Paso, TX  79998


United States Trustee
Thomas P. O'Neill Federal Building
10 Causeway Street, 11th FLoor
Boston, MA  02222


Wakefield Muncipal Gas And Light
PO Box 190
Wakefield, MA  01880


Washington Mutual Card Services
PO Box 660487
Dallas, TX  75266